**No. 10-8324. Jose Perez-Ramos, Petitioner v. United States.**

562 U.S. 1291, 131 S. Ct. 1682, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2230.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 262.